DePAUL HEALTH CENTER,
Plaintiff/Respondent,

v.

**Georgianna NOUBARIAN,
Defendant/Appellant.**

**No. 57930.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 1991.

James M. Martin, St. Louis, for defendant/appellant.

Gerald J. Bamberger, David C. Rushing, St. Charles, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals from the trial court's order denying her motion to set aside a default judgment.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).